PHILLIP L. ANDERSON
andphila@gmail.com
PO Box 327
Iona, ID 83427
208-201-0632

U.S. COURTS
Rcvd ____ SEP 19 2012
____Filed____
ELIZABETH A. SMITH  Time 10:30AM
CLERK, DISTRICT OF IDAHO

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO EASTERN DIVISION

| | |
|---|---|
| PHILLIP L. ANDERSON ) | |
|     Plaintiff, ) | Case No._____ |
| ) | |
| -v- ) | |
| ) | |
| ) | |
| MAVERICK FINANCIAL SERVICES, ) | |
|     Et Alt ) | TRIAL BY JURY DEMANDED |
| SECURITY FINANCE, Et Alt ) | |
| ) | |
|     Defendant(s). ) | |
| ) | |
| ) | |

### COMPLAINT

Plaintiff, Phillip L. Anderson, individually, hereby sues Defendant(s), MAVERICK FINANCIAL Corp (MAVERICK), and SECURITY FINANCE (SECURITY) for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii).

### PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii).

2. Upon belief and information, Plaintiff contends that many of these practices are widespread for some or all of the Defendants. Plaintiff intends to propound discovery to Defendants identifying these other individuals who have suffered similar violations.

3. Plaintiff contends that the Collection Company Defendant have violated such laws by repeatedly harassing Plaintiff in attempts to collect alleged but nonexistent debt.

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 47 U.S.C. §227(b)(3), and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

5. Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

6. This is an action for damages which exceed $10,000.00.

## PARTIES

7. Plaintiff, Phillip L. Anderson, is a natural person and is a resident of the State of Idaho.

    a. Upon information and belief Defendant, MAVERICK FINANCIAL, CORP. ("MAVERICK") is a Utah corporation, authorized to do business in Idaho.

8. Upon information and belief Defendant, SECURITY FINANCIAL CORPORATION of SC. ("SECURITY") is a foreign corporation, authorized to do business in Idaho.

## *FACTUAL ALLEGATIONS*

9. From January 12, thru April 26, 2012, MAVERICK violated the TCPA by calling Plaintiff's cell phone 7 times with no prior permission by Plaintiff.

    a) January 12, 2012 received call from an employee of Maverick asking me to call a member of my family an have them call them.

    b)   January 16, 2012 received call from an employee of Maverick asking me to call a member of my family an have them call them.

    c)   January 30, 2012 received call from an employee of Maverick asking me to call a member of my family an have them call them.

    d)   February 9, 2012 received call from an employee of Maverick asking me to call a member of my family an have them call them.

    e)   April 11, 2012 received call from an employee of Maverick asking me to call a member of my family an have them call them.

    f)   April 19, 2012 received call from an employee of Maverick asking me to call a member of my family an have them call them.

    g)   April 26, 2012 received call from an employee of Maverick asking me to call a member of my family an have them call them.

## COUNT I
## VIOLATIONS OF THE TELEPHONE
## COMMUNICATIONS ACT 47 U.S.C. §227

10. Plaintiff alleges and incorporates the information in paragraphs 1 through 9. Defendant MAVERICK has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by using an automatic telephone dialing system to call the Plaintiff's number, which is assigned to a cellular telephone service.

11. Defendant MAVERICK has committed 7 separate violations of 47 U.S.C. §227(b)(1)(A) and Plaintiff is entitled to damages of $1000 per violation pursuant to 47 U.S.C. §227(b)(3)(B).

12. Defendant MAVERICK has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by calling the Plaintiff's number, which is assigned to a cellular telephone service. The Plaintiff has never given MAVERICK permission to call Plaintiffs

cell phone. Plaintiff is entitled to damages of $1000 per violation pursuant to 47 U.S.C. §227(b)(3)(B). Plaintiff and MAVERICK do not have an established business relationship within the meaning of 47 U.S.C. §227.

**WHEREFORE,** Plaintiff demands judgment for damages against MAVERICK, and SECURITY for actual or statutory damages, and punitive damages, attorney's fees and costs.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 19 of September, 2012

*/s/ Phillip L. Anderson*
PHILLIP L. ANDERSON
andphila@gmail.com
PO Box 327
Iona, ID 83427
208-201-0632
andphila@gmail.com