U.S. COURTS

JUL 24 2013

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO EASTERN DIVISION

PHILLIP L. ANDERSON )
    Plaintiff, )  Case No.4:12-cv-00487-LMB
  )
-v- )
  )
MAVERICK FINANCIAL SERVICES, )
  Et Alt )  TRIAL BY JURY DEMANDED
SECURITY FINANCE, Et Alt )
  ) NUNC PRO TUNC
  Defendant(s). )

## FIRST AMENDED COMPLAINT

Plaintiff, Phillip L. Anderson, individually, hereby sues Defendant(s), MAVERICK FINANCIAL, Corp and SECURITY FINANCE for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii) and FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §16921692e (10).

## PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii) and FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692.

2. Upon belief and information, Plaintiff contends that many of these practices are widespread for some or all of the Defendants. Plaintiff intends to propound discovery to

1

...

Defendants identifying these other individual Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii)s who have suffered similar violations.

3. Plaintiff contends that the Collection Company "Maverick," Defendant has violated such laws by repeatedly harassing Plaintiff in attempts to collect an alleged debt by use of an autodialer..

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 15 U.S.C. §1681p, 47 U.S.C. §227(b)(3), 15 U.S.C. §1692k(d), supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367 and Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii).

5. Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

6. This is an action for damages which exceed $7,000.00.

## PARTIES

7. Plaintiff, Phillip L. Anderson, is a natural person and is a resident of the State of Idaho.

8. Upon information and belief Defendant, MAVERICK FINANCIAL, CORP. ("MAVERICK") is a Utah corporation, authorized to do business in Idaho.

9. Upon information and belief Defendant, SECURITY FINANCIAL CORPORATION of SC. ("SECURITY") is a foreign corporation, authorized to do business in Idaho.

## **FACTUAL ALLEGATIONS**

10. From January 12, thru April 26, 2012, MAVERICK violated the TCPA by contacting Plaintiffs cell phone by use of automatic dialer.

   a) January 12, 2012 received call from an employee of Maverick by use of an automatic dialer.

   b) January 16, 2012 received call from an employee of Maverick by use of an automatic dialer.

   c) January 30, 2012 received call from an employee of Maverick by use of an automatic dialer.

   d) February 9, 2012 received call from an employee of Maverick by use of an automatic dialer.

   e) April 11, 2012 received call from an employee of Maverick by use of an automatic dialer.

   f) April 19, 2012 received call from an employee of Maverick by use of an automatic dialer.

   g) April 26, 2012 received call from an employee of Maverick by use of an automatic dialer.

11. On June 25, 2012 Plaintiff sent a "NOTICE PENDING LAWSUIT" and did not receive a response. (See Exhibit "1")

12. On July 9th, 2012 Plaintiff sent another "NOTICE OF PENDING LAWSUIT" (See Exhibit "2") and received a letter sent on July 12, 2012 from "SECURITY FINANCE" notifying plaintiff that his contact information had been removed from "MAVERICK FINANCE" from that particular account. (See Exhibit "3")

## COUNT I
## VIOLATIONS OF THE TELEPHONE
## COMMUNICATIONS ACT 47 U.S.C. §227

13. Plaintiff alleges and incorporates the information in paragraphs 1 through 13.

14. Defendant MAVERICK has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by using an automatic telephone dialing system to calling Plaintiff's cellular telephone.

15. Defendant MAVERICK has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by calling the Plaintiff's number, which is assigned to a cellular telephone service. The Plaintiff has never given MAVERICK permission to call Plaintiffs cell phone. Plaintiff is entitled to damages of $1000 per violation pursuant to 47 U.S.C. §227(b)(3)(B). Plaintiff and MAVERICK do not have an established business relationship within the meaning of 47 U.S.C. §227.

**WHEREFORE,** Plaintiff demands judgment for damages against MAVERICK, and SECURITY for actual or statutory damages, and punitive damages, attorney's fees and costs.

## COUNT II
## VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY DEFENDANTS MAVERICK AND SECURITY

16. Plaintiff alleges and incorporates the information in paragraphs 1 through 16.

17. MAVERICK placed no less than 7 telephone calls to the Plaintiff's cellular telephone. Defendant knew or should have known that the phone calls made were inconvenient to the consumer. Such communications are prohibited by 15 U.S.C. § 1692c (b). Defendant demands $1000.

18. Defendant MAVERICK continued harassment by calling and requesting help to collect a debt. Such communications are prohibited by 15 U.S.C. § 1692 d (5). Defendant demands $1000.

19. Defendants MAVERICK violated 15 U.S.C. §1692e (10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. Plaintiff demands judgment in the amount of $1000 per violation.

**WHEREFORE,** Plaintiff demands judgment for damages against MAVERICK, and SECURITY for actual or statutory damages, and punitive damages, attorney's fees and costs.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues as triable as a matter of law.

Respectfully submitted this 22 of July, 2013

Phillip L. Anderson
PO Box 327
Iona, Idaho 83427
208-201-0632
andphila@gmail.com