U.S. COURTS
NOV 22 2013
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO EASTERN DIVISION

| | |
|---|---|
| PHILLIP L. ANDERSON )<br>Plaintiff, )<br>)<br>-v- )<br>)<br>)<br>MAVERICK FINANCIAL SERVICES, )<br>Et Alt )<br>SECURITY FINANCE, Et Alt )<br>)<br>Defendant(s). ) | Case No.4:12-cv-00487-LMB<br><br><br><br><br><br><br>TRIAL BY JURY DEMANDED<br><br>NUNC PRO TUNC |

AFFIDAVIT IN SUPPORT OF AMMENDED COMPLAINT

STATE OF IDAHO            ]
                          ]  ss.
COUNTY OF BONNEVILLE      ]

**EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY BY LAW**

I, the undersigned affiant, a Lawful Man or Woman over the age of majority, not enlisted or commissioned in any military service, competent to testify to and having first-hand personal knowledge of the facts, in good faith, with no malice or intent of improper purpose such as to mislead, intimidate, harass, cause unnecessary delay, or increase litigation cost, and under penalty of perjury under the laws of the United States of America and the above identified State, do hereby timely certify the following averments as materially true, accurate, correct, and complete, to wit: that I know and witnessed the events set forth below regarding the Target, circumstances, date, time, location, Case # 4:12-cv-00487-LMB, and as further delineated.

1. Affiant is competent to state the matters set forth herewith.

2. Affiant has personal knowledge of the facts stated herein.

3. All the facts stated herein are true, correct, and complete in accordance with Affiant's best firsthand knowledge and understanding, and if called upon to testify as a witness Affiant shall so state.

AFFADAVIT IN SUPPORT OF AMENDED COMPLAINT

1

4. Affiant, Phillip L. Anderson, is a consumer under the definition of the FAIR DEBT COLLECTION PRACTICES ACT 15 USC 1692a (3).

5. Affiant has not seen or been presented with any material fact or evidence which demonstrates that he has had any business dealings or any accounts with, made application for credit from, made application for employment with, applied for insurance from, or received a bona fide offer of credit from the Defendant MAVERICK FINANCIAL SERVICES, OR SECURITY FINANCE.

6. Affiant has not seen or been presented with any material fact or evidence which demonstrates that he has given his consent for Defendant MAVERICK FINANCIAL SERVICES, OR SECURITY FINANCE to cause my phone to ring or cause to engaged any person in telephone conversations repeatedly.

7. Affiant has received a minimum of seven (7) calls by the use of automatic dialers by employees of MAVERICK FINANCIAL SERVICES.

8. Affiant has not seen or been presented with any material fact or evidence which demonstrates that a contract exists between MAVERICK FINANCIAL SERVICES, or SECURITY FINANCE.

9. Affiant states the intent by calling my phone was for the intended gains for themselves (the issuers or users) or for others for any of my or a family members rights, my or family members private property or any part about my or family members estate without full disclosure and my written prior consent is strictly forbidden.

10. Affiant states that MAVERICK FINANCIAL SERVICES, OR SECURITY FINANCE are in my affairs without subject matter jurisdiction and they are trying to extort "monies" and or my valuable time from me (the living soul) under color of law.

11. Affiant states that the entire matter appears to be a commercial fabrication using deceptively and may be fraudulent in its nature.

12. Affiant states as a Fiduciary of your corporation you are presumed to know the law. If you are allowed to persist in these matter, you could have caused the following violations to occur: Collusion/rape, extortion, corruption of the Constitution and: [USC Title 18 Section 242 Deprivation of rights under color of law; USC Title 18 Section 1001 False and fictitious statements, conversion of the language to obstruct the truth; USC Title 18 Section 1002 Possession of false papers to defraud; USC Title 18 Section 3 Accessory after the fact; USC Title 18

AFFADAVIT IN SUPPORT OF AMENDED COMPLAINT

Section 1341 Frauds and swindles – mail fraud; USC Title 18 Section 1342 Fictitious name or address – mail fraud; and if you took an oath of office and swore or affirmed you would uphold the constitution, then you would also be guilty of USC Title 18 Section 1621 Perjury (of oath).]

13. Affiant states that Any rebuttal to this Affidavit in Support of Amended Complaint must be made within 3o business days of receipt and must be signed under penalty of perjury. Should anyone associated with the MAVERICK FINANCIAL SERVICES, OR SECURITY FINANCE or any heirs, agents and assigns thereof choose not to rebut this affidavit, then their silence stands as tacit approval to all points stated herein.

14. Affiant state that an affidavit not rebutted stands as Truth in commerce.  An Affidavit not rebutted, after thirty (30) days, becomes the judgment in commerce. An Affidavit of Truth, under commercial law, can only be satisfied:  by Affidavit of Truth rebuttal, by payment, by agreement, by resolution, or by Common Law Rules, by a jury.

15. I affirm that all of the foregoing is true and correct. I affirm that I am of lawful age and am competent to make this Affidavit. I hereby affix my own signature to all of the affirmations in this entire document with explicit reservation of all my unalienable rights and my specific common law right not to be bound by any contract or obligation which I have not entered into knowingly, willingly, voluntarily, and without misrepresentation, duress, or coercion.

Further Affiant sayeth naught.

DATED this _____ day of November, 2013

_____
PHILLIP L. ANDERSON

AFFADAVIT IN SUPPORT OF AMENDED COMPLAINT

3

## JURAT

State of Idaho          )
                        ) ss.
County of Bonneville )

On this 19th day of November, 2013, before me, the undersigned, a Notary Public, in and for Idaho, personally appeared the above natural state citizen on Idaho, by autograph known to me to be the one whose name is appears on this instrument, and has acknowledged to me that he has executed the same, swears said document to be the truth to the best of his knowledge and ability, under pains and penalties of perjury.

Signature: _Harold Jardine_  Seal

My Commission Expires: July 28, 2014

AFFADAVIT IN SUPPORT OF AMENDED COMPLAINT