# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PHILLIP L. ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SECURITY FINANCE OF IDAHO, LLC (d/b/a MAVERICK FINANCE),<br><br>    Defendant. | Case No. 4:12-cv-00487-BLW<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order filed on March 31, 2015 (Dkt. 38),

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Defendant and that this case be DISMISSED IN ITS ENTIRETY.

DATED: April 1, 2015

B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT- 1